JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **AMY O'SHEA** | CHAPTER 13<br>CASE NO.: 21-18694/MBK |
| DEBTOR | **DEBTORS CERTIFIFCATION**<br>HEARING DATE: December 8, 2021 @ 9 am |

Amy O'Shea does hereby certify and state:

1. I am the above debtors and I am making this certification in support of my attorney's motion to extend the automatic stay.

2. I filed a Chapter 13 petition on November 9, 2021 under case number 21-18694 and my previous case was dismissed on August 11, 2021. I had two filings within one year and pursuant to 11 USC 362 (c) (2)(B) a motion to extend the automatic stay is required to be filed.

3. My previous case was dismissed due to failure to make post-petition payments and file a feasible plan. Subsequent to the filing of my last case, I had experienced an unexpected increase in expenses. My income is now sufficient due to an increase in my income. My income will now fund my Chapter 13 plan. I filed this Chapter 13 plan in good faith.

4. I repeat my counsel's request that the Court grant an order extending the automatic stay to all creditors.

We hereby certify that the foregoing statements made by us are true. We are aware

that if any of the foregoing statements made by us are willfully false, We are subject to punishment.

DATED: /s/Anthony LaMendola
Anthony Lamendola

/s/Justine LaMendola
Justine LaMendola